**Dennis Elijah JEMISON,
Plaintiff–Appellant,**

v.

**Warden K. DEBOO; R. Reed, Counselor, A3 Unit Team; D. Smith, Case Manager, A3 Unit Team; D. Heady, A3 Unit Team, Unit Manager; Rankin, Assistant Warden; E. Boram, Health Services Administrator; Mohoney, Officer; Bright, Officer; Bonnell, Officer; J. Clayton, Lt.; A. Sligar, Lt., Defendants–Appellees.**

No. 11–7721.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 19, 2012.

Decided: April 25, 2012.

Dennis Elijah Jemison, Appellant Pro se. Rita R. Valdrini, Assistant United States Attorney, Wheeling, West Virginia, for Appellees.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis Elijah Jemison appeals the magistrate judge's order * denying relief on his

* The parties consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C.

complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *Jemison v. Deboo,* No. 1:11–cv–00047–JES (N.D.W.Va. Dec. 7, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*